**ORIGINAL**

FILED

07 NOV -2 PM 4:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____    DEPUTY

1   Stephen M. Uthoff, State Bar No. 145206
    E-mail: suthoff@uthofflaw.com
2   The Uthoff Law Corporation
    401 E. Ocean Blvd., Suite 710
3   Long Beach, California 90802
    Tele: 562-437-4301
4   Fax: 562-437-4341

5

6   Attorneys for Plaintiff
    SAFMARINE CONTAINER LINES N.V.

7

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  SAFMARINE    CONTAINER    LINES)  Case No. **CV   2104 DMS   (AJB)**
12  N.V.                            )
                        Plaintiff,  )  **IN ADMIRALTY**
13                                  )
14  vs.                             )  **COMPLAINT FOR BREACH OF**
                                    )  **MARITIME CONTRACT(S), WORK**
15  CONTINENTAL SHIPPING LINE LLC; )  **AND LABOR PERFORMED,**
16  OSCAR GALLION,                  )  **ACCOUNT STATED**
17                                  )
                        DefendantS. )
18  _____)

19

20

21

22       Safmarine Container Lines, n.v., alleges that:

23

24  ///

25  ///

26

27

28

# FIRST COUNT

**((For Breach Of Written Maritime Contract(s) against all Defendants)**

1.     This Court has jurisdiction under 28 U.S.C. § 1333.  This is an admiralty and maritime claim.

2.     Safmarine Container Lines, N.V.  (hereinafter "Plaintiff") is a common carrier by water, *inter alia,* in  interstate and foreign commerce, and was such a common carrier for the benefit of Continental Shipping Line LLC. Oscar Gallion is the sole owner and alter ego of Continental Shipping Line LLC (hereinafter collectively "Defendants").

3.     Defendants, and each of them, are, and were at all times herein mentioned, a natural person, firm, association, organization, partnership, corporation, business, trust, or public entity, with its principal place of business or residence in this district and is and was a legal entity capable of being sued.  Each defendant is believed to be the agent or alter-ego of each remaining defendant.

4.     Venue is proper in this judicial district because it is where the claim arose and/or because defendant(s) resides or does business in the district and/or defendant(s) are aliens.

5.     Plaintiff transported cargo for the benefit of Defendants. Said transportation was performed pursuant to a written contract(s) of carriage between Plaintiff and Defendant, as evidenced by said bills of lading and/or freight bills listed in Exhibit A.

6.     Plaintiff has fully performed its obligations under said contracts except those obligations, if any, which Plaintiff was excused from performing.

7.     Plaintiff has demanded that Defendants pay the full amount due of $15,405.49.

8.     Defendants have knowingly and willfully failed and refused to pay Plaintiff the full amount due.

9.     Consequently, Defendants are liable to Plaintiff in the amount of $15,405.49, plus reasonable attorneys' fees and interest thereon.

Complaint

## SECOND COUNT

### (For Work and Labor Performed against all Defendants)

10.     Plaintiff refers to paragraphs 1 through 9 of this complaint and incorporates them herein by this reference.

11.     Within the last four (4) years, Defendants became indebted to Plaintiff for work and labor performed by Plaintiff for the benefit of Defendants as identified in Exhibit A, for which Defendants agreed to pay Plaintiff.

12.     Despite due demand, the sum of $15,405.49 is now due, owing and unpaid for said work and labor performed for the shipments identified in Exhibit A.

## THIRD COUNT

### (For Account Stated against all Defendants)

13.     Plaintiff refers to paragraphs 1 through 12 of this complaint and incorporates them herein by this reference.

14.     Within the last four (4) years, as a result of the shipments identified in Exhibit A an account was stated in writing by and between Plaintiff and Defendants wherein it was agreed that Defendants were indebted to Plaintiff.

15.     Despite due demand, the sum of $15,405.49 is now due, owing and unpaid on said account stated.

///
///
///
///
///
///
///

3                                                        Complaint

WHEREFORE, Plaintiff prays for judgment against Defendants jointly and severally as follows:

1.    For the sum of $15,405.49;

2.    For the costs of collection, according to proof;

3.    For costs of suit incurred herein, according to proof;

4.    For pre-judgment and post-judgment interest;

5.    For reasonable attorneys' fees; and

6.    For such other and further relief as the Court deems just and proper.

Dated:  October 30, 2007

By: _____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
SAFMARINE CONTAINER LINES N.V.

4

Complaint

# Safmarine

### 6000 Carnegie Boulevard, Charlotte, NC 28209

## Special Report

**Customer Name:** CONTINENTAL SHIPPING LINE-CORONADO
**Customer Number:** 331C9902392

**Group:** P
**Statement of Account as of:** 10/12/2007 11:03 AM

| Invoice Number | Transaction Number | BL Number | Due Date | Original Amount | Amount Paid | Outstanding Amount | Days Past Due | Shipper Ref | Forwarder Ref |
|---|---|---|---|---|---|---|---|---|---|
| SAP0492350 | 510935781 | | 9/11/2006 | $5,551.63 | $0.00 | $5,551.63 | 395 | 510935781 | |
| SAP0493917 | 510946028 | | 9/18/2006 | $5,123.86 | $0.00 | $5,123.86 | 388 | 103495 | |
| SAP0492355 | 511107703 | | 10/3/2006 | $4,730.00 | $0.00 | $4,730.00 | 373 | 103508 | |
| | Group Total: | | | $15,405.49 | $0.00 | $15,405.49 | | | |

Avg. Days: 495.29

EXHIBIT   A
         5

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

**ORIGINAL**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

afmarine Container Lines, n.v.

### DEFENDANTS

Continental Shipping Line, LLC Oscar Gallion

**FILED**

**(b)** County of Residence of First Listed Plaintiff    Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

07 NOV 2 PM 4:04

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

tephen M. Uthoff, The Uthoff Law Corporation, 401 E. Ocean Blvd, uite 710, Long Beach, CA 90802 562-437-4301

Attorneys (If Known)

**'07 CV 2104 DMS (AJB)**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

❏ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

❏ 2 U.S. Government Defendant

❏ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 610 Agriculture | ❏ 422 Appeal 28 USC 158 | ❏ 400 State Reapportionment |
| ☒ 120 Marine | ❏ 310 Airplane | ❏ 362 Personal Injury - Med. Malpractice | ❏ 620 Other Food & Drug | ❏ 423 Withdrawal 28 USC 157 | ❏ 410 Antitrust |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 365 Personal Injury - Product Liability | ❏ 625 Drug Related Seizure of Property 21 USC 881 | | ❏ 430 Banks and Banking |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | ❏ 368 Asbestos Personal Injury Product Liability | ❏ 630 Liquor Laws | **PROPERTY RIGHTS** | ❏ 450 Commerce |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | ❏ 640 R.R. & Truck | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 151 Medicare Act | ❏ 340 Marine | **PERSONAL PROPERTY** | ❏ 650 Airline Regs. | ❏ 830 Patent | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ❏ 345 Marine Product Liability | ❏ 370 Other Fraud | ❏ 660 Occupational Safety/Health | ❏ 840 Trademark | ❏ 480 Consumer Credit |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 371 Truth in Lending | ❏ 690 Other | **LABOR** | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 380 Other Personal Property Damage | | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 385 Property Damage Product Liability | | ❏ 720 Labor/Mgmt. Relations | ❏ 861 HIA (1395ff) |
| ❏ 195 Contract Product Liability | | | | ❏ 730 Labor/Mgmt.Reporting & Disclosure Act | ❏ 862 Black Lung (923) |
| ❏ 196 Franchise | | | | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI |
| ❏ 210 Land Condemnation | ❏ 441 Voting | ❏ 510 Motions to Vacate Sentence | | ❏ 791 Empl. Ret. Inc. Security Act | ❏ 865 RSI (405(g)) |
| ❏ 220 Foreclosure | ❏ 442 Employment | **Habeas Corpus:** | | | **FEDERAL TAX SUITS** |
| ❏ 230 Rent Lease & Ejectment | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) |
| ❏ 240 Torts to Land | ❏ 444 Welfare | ❏ 535 Death Penalty | | | ❏ 871 IRS—Third Party 26 USC 7609 |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 540 Mandamus & Other | | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | ❏ 550 Civil Rights | | | |
| | ❏ 440 Other Civil Rights | ❏ 555 Prison Condition | | | |

Other Statutes continued:
❏ 850 Securities/Commodities/ Exchange
❏ 875 Customer Challenge 12 USC 3410
❏ 890 Other Statutory Actions
❏ 891 Agricultural Acts
❏ 892 Economic Stabilization Act
❏ 893 Environmental Matters
❏ 894 Energy Allocation Act
❏ 895 Freedom of Information Act
❏ 900 Appeal of Fee Determination Under Equal Access to Justice
❏ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

❏ 2 Removed from State Court

❏ 3 Remanded from Appellate Court

❏ 4 Reinstated or Reopened

❏ 5 Transferred from another district (specify)

❏ 6 Multidistrict Litigation

❏ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1333

Brief description of cause:
Breach of Maritime Contract;

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 15,405.49

CHECK YES only if demanded in complaint:
JURY DEMAND: ❏ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE    Larry Alan Burns    DOCKET NUMBER    06CV-2301

DATE    10/30/07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #    144138    AMOUNT    350.‾    APPLYING IFP    _____    JUDGE    _____    MAG. JUDGE    _____

11/2/07 AN

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.     (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.     Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.     Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.     Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.     Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.     Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**     Example:     U.S. Civil Statute: 47 USC 553
                                                  Brief Description: Unauthorized reception of cable service

**VII.     Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.     Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 144138    — SR**

**November 02, 2007
16:01:18**

**Civ Fil Non-Pris**
USAO #.: 07CV2104 CIV. FIL.
Judge..: DANA M SABRAW
Amount.:                    $350.00 CK
Check#.: BC#1364

**Total—>  $350.00**

FROM: SAFMARINE CONTAINER LINES V.
      CONTINENTAL SHIPPING LINE
      CIVIL FILING