ORIGINAL

Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

FILED
'07 NOV -2 PM 4:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Attorneys for Plaintiff
SAFMARINE CONTAINER LINES N.V.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFMARINE CONTAINER LINES N.V., <br><br> Plaintiff, <br><br> vs. <br><br> CONTINENTAL SHIPPING LINE, LLC; OSCAR GALLION <br><br> Defendant. | Case No. '07 CV 2104 DMS (AJB) <br><br> **IN ADMIRALTY** <br><br> **CERTIFICATION AS TO INTERESTED PARTIES** |

//
//
//
//
//
//

The undersigned counsel of record for plaintiff certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

1. Safmarine Container Lines, n.v.
2. Safmarine, Inc.
3. Maersk, Inc.
4. A.P. Moeller – Maersk A/S Trading, a Denmark corporation

Dated: October 30, 2007

By: /s/ Stephen M. Uthoff
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
SAFMARINE CONTAINER LINES N.V.

```
1  Stephen M. Uthoff, State Bar No. 145206
   E-mail: suthoff@uthofflaw.com
2  The Uthoff Law Corporation
   401 E. Ocean Blvd., Suite 710
3  Long Beach, California 90802
   Tele: 562-437-4301
4  Fax: 562-437-4341
5

6  Attorneys for Plaintiff
   SAFMARINE CONTAINER LINES N.V.
7
```

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| SAFMARINE CONTAINER LINES N.V. | Case No. |
| Plaintiff, | **IN ADMIRALTY** |
| vs. | **CERTIFICATION AS TO INTERESTED PARTIES** |
| CONTINENTAL SHIPPING LINE, LLC; OSCAR GALLION | |
| Defendant. | |

21  //
22  //
23  //
24  //
25  //
26  //
27
28

                                    1                    Certification as to Interested Parties

The undersigned counsel of record for plaintiff certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

1. Safmarine Container Lines, n.v.
2. Safmarine, Inc.
3. Maersk, Inc.
4. A.P. Moeller – Maersk A/S Trading, a Denmark corporation

Dated: October 30, 2007

By: _____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
SAFMARINE CONTAINER LINES N.V.