# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 28 PM 3:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

Safmarine Container Line, n.v.

vs

Continental Shipping Lines LLC;
Oscar Gallion

SUMMONS IN A CIVIL ACTION
Case No. 07CV2104 DMS (AJB)

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen M. Uthoff
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

NOV 28 2007

W. Samuel Hamrick, Jr.
CLERK
J. PARIS

By                        , Deputy Clerk                DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)