| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN M. UTHOFF     SBN 145206<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301<br>Attorney For (Name):  PLAINTIFF | 562-437-4301<br><br>Ref. No. or File No.<br>834184/SAFMARINE VS CONTINENTAL | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT
SAN DIEGO

Short Title of Case:
SAFMARINE CONTAINER VS CONTINENTAL

| Invoice No.: 404800 | Date: | Time: | Dep./Div.: | Case Number: 07CV2104 DMS (AJB) |
|---|---|---|---|---|

### PROOF OF SERVICE OF SUMMONS

I certify that I am authorized to serve the summons and complaint in the within action pursuant to F.R.Civ.P.4(c) and that I served the summons and complaint as follows:

    SUMMONS IN A CIVIL ACTION
    COMPLAINT
    CIVIL COVER SHEET
    CERTIFICATION AS TO INTERESTED PARTIES

1. Name and title of person served:
    CONTINENTAL SHIPPING LINES LLC
2. Person with whom left: OSCAR GALLION
    AGENT FOR SERVICE OF PROCESS
3. Date and time of delivery: 01/29/08 , 09:33 PM
5. Place of service:

    1300 NE MIAMI GARDENS DR.
    UNIT 415E
    NORTH MIAMI BEACH FL 33179

### PERSONAL SERVICE

UPON A STATE OR MUNICIPAL CORPORATION OR OTHER GOVERNMENTAL ORGANIZATION THEREOF SUBJECT TO SUIT, F.R.Civ.P.4(h)(1) by delivering a copy of the summons and complaint to the chief executive officer thereof or by serving the summons and complaint in a manner prescribed by the law of that state for the summons or other like process upon any such defendant. (CCP 416.10b)

I declare under the penalty of perjury that the foregoing document is

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.

DATE: 02/05/08         SIGNATURE  X _____

| Attorney or Party Without Attorney (Name and Address) | | Telephone No. | FOR COURT USE ONLY |
|---|---|---|---|
| STEPHEN M. UTHOFF<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301<br>Attorney For (Name):  PLANTIFF | SBN 145206 | 562-437-4301<br><br>Ref. No. or File No.<br><br>834184/SAFMARINE V ; CONTINENTAL | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT
SAN DIEGO

Short Title of Case:
SAFMARINE CONTAINER VS CONTINENTAL

| Invoice No.: 404800 | Date: | Time: | Dep./Div.: | Case Number: 07CV2104 DMS (AJB) |
|---|---|---|---|---|

and correct.
PROOF OF SERVICE OF SUMMONS AND COMPLAINT
Executed at SIGNAL HILL, state of CALIFORNIA on 02/05/08

SERVED BY: TYRONE MAPP   FEE FOR SERVICE: $150.00


SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ ] Employee or [X] Independant Contractor
(2) Registration No. 1417
(3) County: MIAMI-DADE, FL.
(4) Expiration:

I declare under penalty of perjury, under the laws of the State of California and of the United States of America that the foregoing is true and correct.
DATE: 02/05/08

SIGNATURE
X

2