| Attorney or Party Without Attorney (Name and Address) | | Telephone No. | FOR COURT USE ONLY |
|---|---|---|---|
| STEPHEN M. UTHOFF<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301 | SBN 145206 | 562-437-4301<br><br>Ref. No. or File No.<br><br>834184/SAFMARINE VS CONTINENTAL | |
| Attorney For (Name): PLANTIFF | | | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT
SAN DIEGO

Short Title of Case:
SAFMARINE CONTAINER VS CONTINENTAL

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 404801 | | | | 07CV2104 DMS (AJB) |

PROOF OF SERVICE SUMMONS AND COMPLAINT

I certify that I am authorized to serve the SUMMONS and COMPLAINT in the within action pursuant to F.R.Civ.P.4(c) and that I served the SUMMONS and COMPLAINT as follows:

SUMMONS IN A CIVIL ACTION
COMPLAINT
CIVIL COVER SHEET
CERTIFICATION AS TO INTERESTED PARTIES

1. Name and title of person served: OSCAR GALLION

2. Date and time of delivery: 01/29/08 , 09:33 PM

3. Place of service: RESIDENCE    1300 NE MIAMI GARDEND DR.
                                  UNIT 415E
                                  NORTH MIAMI BEACH FL 33179

                                                         PERSONAL SERVICE
PERSONAL SERVICE, by handing copies to the person served (F.R.Civ.P.ld)
I declare under penalty of perjury that the foregoing document is true and correct.

Executed at SIGNAL HILL, state of CALIFORNIA on 02/05/08

SERVED BY: TYRONE NAPP    FEE FOR SERVICE: $75.00

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ ] Employee or [X] Independant Contractor
(2) Registration No. 1417
(3) County: MIAMI-DADE, FL.
(4) Expiration:

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.

DATE: 02/05/08                              SIGNATURE  X  /s/ Tyrone Napp