Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
SAFMARINE CONTAINER LINES N.V.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFMARINE CONTAINER LINES N.V. | Case No. 07 CV 2104 DMS (AJB) |
| Plaintiff, | **IN ADMIRALTY** |
| vs. | **REQUEST FOR DEFAULT BY CLERK** |
| CONTINENTAL SHIPPING LINE LLC; OSCAR GALLION, | **(F.R.Civ.P. 55(a))** |
| Defendants. | |

To the Clerk of the above-entitled Court:

Safmarine Container Lines, N.V. (hereinafter "Plaintiff") hereby requests that the clerk of the above-entitled court enter default in this matter against Continental Shipping Lines, LLC and Oscar Gallion (hereinafter "Defendants") on the grounds that Defendants have failed to appear or otherwise file a responsive pleading to the complaint within the time frame prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Summons and Complaint on Defendants on January 29, 2008 as evidenced by the Proof of Service filed with this Court.

1

1 | The above-stated facts are set forth in the accompanying Declaration of Stephen
2 | M. Uthoff filed herewith.

Dated: February 21, 2008

                                By:   _s/Stephen M. Uthoff_____
                                      Stephen M. Uthoff
                                      The Uthoff Law Corporation
                                      Attorneys for Plaintiff
                                      SAFMARINE CONTAINER LINES N.V.

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On February 21, 2008, I served the foregoing document described as **REQUEST FOR DEFAULT BY CLERK** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Continental Shipping Line LLC and Oscar Gallion
1300 NE Miami Gardens Dr
Unit 415E
North Miami Beach, FL 33179

[**X**] **BY MAIL:**  I caused such envelope to be deposited in the mail at Long Beach, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error.  A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto and shows the date, time and telephone number of the transmitting facsimile machine.  Facsimile transmissions were sent and addressed as stated above:

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 21, 2008, at Long Beach, California.

s/Stephen M. Uthoff_____
Stephen M. Uthoff