Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
SAFMARINE CONTAINER LINES N.V.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFMARINE CONTAINER LINES N.V. | Case No. 07 CV 2104 DMS (AJB) |
| Plaintiff, | **IN ADMIRALTY** |
| vs. | **DECLARATION OF STEPHEN M. UTHOFF IN SUPPORT OF REQUEST FOR DEFAULT BY CLERK** |
| CONTINENTAL SHIPPING LINE LLC; OSCAR GALLION, | |
| Defendants. | |

I, Stephen M. Uthoff, declare as follows:

1. That I am an attorney at law duly licensed to practice before this court, and am a member of The Uthoff Law Corporation, and am attorney of record for Safmarine Container Lines, N.V.. (hereinafter "Plaintiff") in this matter. I have personal knowledge as to the matters stated herein, and if called upon as a witness I could and would competently testify thereto.

1

2. Plaintiff filed its Complaint on or about November 2, 2007 for breach of maritime contract(s), work and labor performed, and account stated against Continental Shipping Lines, LLC and Oscar Gallion (hereinafter "Defendants").

3. Defendants were served with the Summons and Complaint herein on January 29, 2008 as evidenced by the Proofs of Service previously filed with this Court and presently maintained on file therewith.

4. As of the date of this Declaration, Defendants have failed to plead or otherwise defend the Complaint herein. Further, Defendants have neither requested nor has Plaintiff granted any extension of time to respond to the complaint.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of February, 2008 at Long Beach, California.

                                        __s/Stephen M. Uthoff_____
                                        Stephen M. Uthoff

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )   ss.
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

      On February 21, 2008, I served the foregoing document described as **DECLARATION OF STEPHEN M. UTHOFF IN SUPPORT OF REQUEST FOR DEFAULT BY CLERK** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Continental Shipping Line LLC and Oscar Gallion
1300 NE Miami Gardens Dr
Unit 415E
North Miami Beach, FL 33179

[**X**] **BY MAIL:**  I caused such envelope to be deposited in the mail at Long Beach, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error.  A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto and shows the date, time and telephone number of the transmitting facsimile machine.  Facsimile transmissions were sent and addressed as stated above:

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on Februrary 21, 2008 at Long Beach, California.

                                              _s/Stephen M. Uthoff___
                                              Stephen M. Uthoff