# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Safmarine Container Lines N.V.<br><div align="right">Plaintiff,</div><br>vs<br><br>Continental Shipping Line LLC; Oscar Gallion<br><div align="right">Defendant,</div> | **Civil No.**   07cv2104-DMS-AJB<br>**DEFAULT** |

    It appears from the records in the above entitled action that Summons issued on the original Complaint filed on 11/02/07 has been regularly served upon each of the Defendants hereinafter named Continental Shipping Line LLC and Oscar Gallion; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT is entered against Continental Shipping Line LLC and Oscar Gallion.


**Entered On:**   2/25/08                              W. SAMUEL HAMRICK, JR., CLERK

                                              By:        s/L Odierno
                                                                      Deputy