Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele:  562-437-4301
Fax:   562-437-4341

Attorneys for Plaintiff
SAFMARINE CONTAINER LINES N.V.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFMARINE CONTAINER LINES N.V.<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL SHIPPING LINE LLC; OSCAR GALLION,<br><br>Defendants. | Case No. 07 CV 2104 DMS (AJB)<br><br>**IN ADMIRALTY**<br><br>**APPLICATION FOR DEFAULT JUDGMENT BY CLERK**<br>**(F.R.Civ.P. 55(b)(1))** |

To the Clerk of the above-entitled Court:

Safmarine Container Lines n.v. hereby requests a Default Judgment against CONTINENTAL SHIPPING LINE, LLC and OSCAR GALLION ("Defendants") under Federal Rules of Civil Procedure Rule 55(b)(1).

1. <u>Entry of Clerk's Default</u>:

A Clerk's Default for failure to respond to or appear was entered herein on February 25, 2008.

2. <u>Proof Required for Clerk's Judgment</u>:

The Declaration of Dave Johnson filed herewith establishes proof of: (a) a sum certain due and owing plaintiff by Defendants, and (b) defendant's non-military status.

3. Judgment to be Entered:

    (a) Principal in the amount of $15,405.49;

    (b) Interest in the amount of $2,346.32

For a total judgment in the amount of $17,751.81 plus costs and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: April 10, 2008                      Respectfully submitted,

/s/ Stephen M. Uthoff_____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
SAFMARINE CONTAINER LINES, N.V.

**DECLARATION OF STEPHEN M. UTHOFF RE SERVICE**

I, STEPHEN M. UTHOFF, declare as follows:

1. That I am an attorney at law duly licensed to practice before this Court, and I am a member of The Uthoff Law Corporation, and an attorney of record for Plaintiff, Safmarine, Inc. (hereinafter referred to as "Plaintiff") in this matter.

2. I have personal knowledge as to the matters stated herein, and if called upon as a witness, I could and would competently testify thereto.

3. This document was not served per Federal Rules of Civil Procedure Rule 5. Service was not required since Defendants have not appeared and are in default per Clerk's default issued on February 25, 2008.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Dated April 10, 2008, at Long Beach, California.

                                        _/s/ Stephen M. Uthoff_____
                                        STEPHEN M. UTHOFF, Declarant