# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Safmarine Container Lines N.V.,
        Plaintiff(s)

**V.**  **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

Continental Shipping Line LLC; Oscar Gallion,
        Defendant(s)

**CASE NUMBER:**  07cv2104-DMS-AJB

**Decision by Court.**  This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

Default Judgment is entered against Continental Shipping Line LLC and Oscar Gallion. Judgment is entered (a) in the Principal amount of $15,405.49 (b) in the Interest amount of $2,346.32 for a total judgment amount of $17,751.81.

| April 16, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ L Odierno
(By)
    Deputy Clerk
ENTERED ON April 16, 2008