AO 133     (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

## Southern   District of   California

Safmarine Container Lines nv.

**BILL OF COSTS**

V.

Case Number: 07cv2104-DMS-AJB

Continental Shipping Line LLC and Oscar Gallion

Judgment having been entered in the above entitled action on **04/16/08** against **all defendants**

Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk  ................................................................ | $ 350.00 |
| Fees for service of summons and subpoena ................................................ | 225.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing .................................................... | |
| Fees for witnesses (itemize on reverse side) .............................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | |
| Docket fees under 28 U.S.C. 1923 ..................................................... | |
| Costs as shown on Mandate of Court of Appeals ......................................... | |
| Compensation of court-appointed experts  .............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize)  ......................................................... | |
| TOTAL $ | 575.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Oscar Gallion and Continental Shipping Line LLC

Signature of Attorney:

Name of Attorney: Stephen M Uthoff

For: Safmarine Container Lines n.v     Date: 04/17/08

Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on     05/06/08     at     10:00 am
(telephonic appearance)

Costs are taxed in the amount of _____ and included in the judgment.

| Clerk of Court | By: | |
|---|---|---|
| | Deputy Clerk | Date |

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 144138    — SR
* * C O P Y * *
November 02, 2007
16:01:19

**Civ Fil Non-Pris**
USAO #.: 07CV2104 CIV. FIL.
Judge..: DANA M SABRAW
Amount.:                    $350.00 CK
Check#.: BC#1364

Total—>  $350.00

FROM: SAFMARINE CONTAINER LINES V.
      CONTINENTAL SHIPPING LINE
      CIVIL FILING

| Attorney or Party Without Attorney (Name and Address)<br>STEPHEN M. UTHOFF<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301<br>Attorney For (Name):    PLANTIFF | | Telephone No.<br>562-437-4301<br><br>Ref. No. or File No.<br><br>834184/SAFMARINE VS CONTINENTAL | FOR COURT USE ONLY |
|---|---|---|---|
| | SBN 145206 | | |
| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT<br>SAN DIEGO | | | |
| Short Title of Case:<br>SAFMARINE CONTAINER VS CONTINENTAL | | | |
| Invoice No.:<br>404800 | Date: | Time: | Dep./Div.: | Case Number:<br>07CV2104 DMS (AJB) |

## PROOF OF SERVICE OF SUMMONS

I certify that I am authorized to serve the summons and complaint in the
within action pursuant to F.R.Civ.P.4(c) and that I served the summons
and complaint as follows:

    SUMMONS IN A CIVIL ACTION
    COMPLAINT
    CIVIL COVER SHEET
    CERTIFICATION AS TO INTERESTED PARTIES

1. Name and title of person served:
        CONTINENTAL SHIPPING LINES LLC
2. Person with whom left: OSCAR GALLION
        AGENT FOR SERVICE OF PROCESS
3. Date and time of delivery: 01/29/08 , 09:33 PM
5. Place of service:

        1300 NE MIAMI GARDENS DR.
        UNIT 415E
        NORTH MIAMI BEACH FL 33179

    PERSONAL SERVICE

UPON A STATE OR MUNICIPAL CORPORATION OR OTHER GOVERNMENTAL ORGANIZATION
THEREOF SUBJECT TO SUIT, F.R.Civ.P.4(h)(1) by
delivering a copy of the summons and complaint to the chief executive
officer thereof or by serving the summons and complaint in a manner
prescribed by the law of that state for the summons or other like process
upon any such defendant. (CCP 416.10b)

I declare under the penalty of perjury that the foregoing document is

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.

DATE: 02/05/08                                                    SIGNATURE

1

| Attorney or Party Without Attorney (Name and Address) | | Telephone No. | FOR COURT USE ONLY |
|---|---|---|---|
| STEPHEN M. UTHOFF         SBN 145206<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301<br>Attorney For (Name):     PLANTIFF | | 562-437-4301<br><br>Ref. No. or File No.<br><br>834184/SAFMARINE V5 CONTINENTAL | |
| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT<br>SAN DIEGO | | | |
| Short Title of Case:<br>    SAFMARINE CONTAINER VS CONTINENTAL | | | |

| Invoice No.:<br>404800 | Date: | Time: | Dep./Div.: | Case Number:<br>07CV2104 DMS (AJB) |
|---|---|---|---|---|

and correct.

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

Executed at SIGNAL HILL, state of CALIFORNIA on 02/05/08

SERVED BY: TYRONE MAPP   FEE FOR SERVICE: $150.00

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ ] Employee or [ X ] Independant Contractor
(2) Registration No. 1417
(3) County: MIAMI-DADE, FL.
(4) Expiration:

I declare under penalty of perjury, under the laws of the State of California and of the United States of America that the foregoing is true and correct.

DATE: 02/05/08

SIGNATURE

X _____

2

| Attorney or Party Without Attorney (Name and Address)<br>STEPHEN M. UTHOFF<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301<br>Attorney For (Name):    PLANTIFF | SBN 145206 | Telephone No.<br>562-437-4301<br><br>Ref. No. or File No.<br><br>834184/SAFMARINE VS CONTINENTAL | FOR COURT USE ONLY |
|---|---|---|---|

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT
SAN DIEGO

Short Title of Case:
SAFMARINE CONTAINER VS CONTINENTAL

| Invoice No.:<br>404801 | Date: | Time: | Dep./Div.: | Case Number:<br>07CV2104 DMS (AJB) |
|---|---|---|---|---|

### PROOF OF SERVICE SUMMONS AND COMPLAINT

I certify that I am authorized to serve the SUMMONS and COMPLAINT in the within action pursuant to F.R.Civ.P.4(c) and that I served the SUMMONS and COMPLAINT as follows:
SUMMONS IN A CIVIL ACTION
COMPLAINT
CIVIL COVER SHEET
CERTIFICATION AS TO INTERESTED PARTIES

1. Name and title of person served: OSCAR GALLION

2. Date and time of delivery: 01/29/08 , 09:33 PM

3. Place of service: RESIDENCE    1300 NE MIAMI GARDEND DR.
                                  UNIT 415E
                                  NORTH MIAMI BEACH FL 33179

PERSONAL SERVICE

PERSONAL SERVICE, by handing copies to the person served (F.R.Civ.P.1d)
I declare under penalty of perjury that the foregoing document is true and correct.

Executed at SIGNAL HILL, state of CALIFORNIA on 02/05/08

SERVED BY:TYRONE MAPP  FEE FOR SERVICE: $75.00

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ ] Employee or [ X ] Independant Contractor
(2) Registration No. 1417
(3) County: MIAMI-DADE, FL.
(4) Expiration:

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE: 02/05/08

SIGNATURE