# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Safmarine Container Lines NV, | CASE NO. 07CV2104-DMS(AJB) |
| Plaintiff, | **ORDER TAXING COSTS** |
| vs. | |
| Continental Shipping Line LLC and Oscar Gallion, | |
| Defendants. | |

Upon application of plaintiff, a hearing for taxation of costs was scheduled for Tuesday, May 6, 2008. No opposition was filed by defendants to this Bill of Costs. The hearing date of May 6, 2008 was vacated and the Bill of Costs was decided on the papers filed. Costs are taxed as follows:

| *Description* | *Amount(s) Requested* | *Amount(s) Taxed* |
|---|---|---|
| Fees of the clerk | $350.00 | $350.00 |
| Fees for service of summons and subpoenas | $225.00 | $225.00 |
| Fees of the court reporter | | |
| Fees and disbursements for printing | | |
| Fees for witnesses | | |

| | | |
| --- | --- | --- |
| Fees for exemplification and copies | | |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs incident to taking of depositions | | |
| Costs as shown on mandate of Court of Appeals | | |
| Other costs as itemized: | | |
| **TOTAL COSTS TAXED** in favor of plaintiff | $575.00 | $575.00 |

Counsels' attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), F.R.Civ.P. and Local Rule 7.1, shall be served and filed within five (5) days after receipt of the Order Taxing Costs.

Dated: May 9, 2008

W. Samuel Hamrick, Jr., Clerk of Court

*S/ N. Prewitt*
Nancy S. Prewitt, CRD Supervisor

cc:     All Parties